**P R E S E N T :**
    Hon. Steven M. Gold, United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
A.G., an infant under the age of 18 by her mother
and natural guardian, JENNIFER GUCCIARDO,          Docket #: 13-cv-2252 (CBA)

                          Plaintiff,          INFANT'S COMPROMISE
                                         ORDER

                -against-

PALACE RESORTS, INC., PALACE RESORTS TRAVEL,
INC., PALACE HOLDING, S.A. de C.V., PALACE
RESORTS, S.A. de C.V., PALACE PREMIER, S.A. de C.V.,
PALACE RESERVATIONS, S.A. de C.V.,

"XYZ CORPORATION", "JOHN DOE" and "JANE DOE",

                         Defendants.
-----------------------------------------------------------------X

Upon reading and filing the affidavit of JENNIFER GUCCIARDO, mother and natural guardian of the infant herein, duly sworn to and verified on March 16, 2015, the affirmation of NAZARETH MARKARIAN, ESQ., attorney for Plaintiff(s), dated March 13, 2015, and it appearing that the infant is 9 years of age, having been born on _JUNE_ _10_, 2005, and the infant, the parent and their attorney having appeared before the court, and it appearing that the best interests of the said infant will be served,

    **NOW**, on motion of NAZARETH MARKARIAN, ESQ. attorney for the plaintiff(s), it is,

    **ORDERED**, that the parent, JENNIFER GUCCIARDO, be and hereby is authorized to enter into a compromise of the infant's claim herein upon the following terms, to wit: PALACE RESORTS, INC., PALACE RESORTS TRAVEL, INC., PALACE HOLDING, S.A. de C.V., PALACE RESORTS, S.A. de C.V., PALACE PREMIER, S.A. de C.V., PALACE RESERVATIONS, S.A. de C.V., "XYZ CORPORATION," "JOHN DOE" and "JANE DOE"

pay the sum of $15,000.00 in settlement of the infant's claim herein.

That out of said sum there be paid to HOLIHAN & ASSOCIATES, P.C., attorneys for the infant plaintiff, a $4,832.33 legal fee and $503.00 in costs and disbursements totaling **$5,335.33** in full settlement of the attorneys' claim for compensation and services; and it is further,

**ORDERED**, that the balance, to wit: The sum of **$9,664.67** shall be paid by the defendant(s) to the parent of the said infant to be held for the sole use and benefit of the said infant, jointly with an officer of the CITIBANK located at 156-19 Cross Bay Boulevard, Howard Beach, NY 11414 to be deposited in said bank in the highest interest bearing account at said bank either in Certificate of Deposit or Money Market Account, date of maturity not to exceed the infant's 18th birthday, on JUNE 10, 2023, in the name of said parent to the credit of the said infant, subject to the further order of this court, and it is further,

**ORDERED**, that said depository wherein the proceeds of such compromise and settlement shall be held, shall pay over all monies held in the account to the infant, upon demand and without further court order, when the infant reaches the age of eighteen years, on June 10, 2023 upon presentment of proper proof thereof to such depository, and it is further,

**ORDERED**, that conditioned upon compliance with the terms of this order, the parent be and hereby is authorized and empowered to execute and deliver a general release and any other instruments necessary to effectuate the settlement herein and that the filing of a bond is hereby waived.

ENTER:  s/ STEVEN M. GOLD

**UNITED STATES MAGISTRATE JUDGE**

Brooklyn, NY 3-18-15